In the Matter of the Claim of ABRAHAM VOLINSKY, Appellant, against RELIABLE WASTE AND RAG Co., INC., and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal as a poor person on typewritten record and brief granted, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of MARJORIE P. WALSH, Appellant, against RUSSEKS FIFTH AVENUE and AMERICAN LUMBERMEN'S MUTUAL INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to perfect appeal on typewritten record and brief granted, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application of MAX WEINSTEIN, Petitioner, for a Certiorari Order against HOLTON V. NOYES, Commissioner of the Department of Agriculture and Markets of the State of New York, Respondent.— Motion for leave to appeal on typewritten record and brief granted upon condition that the record and brief be filed on or before March 14, 1941, and that the case be added to the calendar for the March Order and General Calendar Term; and case placed on such calendar for argument on March eighteenth. Appeal reinstated. Hill, P. J., Bliss, Heffernan and Foster, JJ., concur; Crapser, J., dissents and votes to deny the motion.

In the Matter of the Claim of JOSEPH VAN BUEGHAN, Respondent, against HYMAN GASLOW, Respondent, and EAGLE INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of GEORGE S. LAYTON, SR., Respondent, against SPEAR & Co. and ZURICH GENERAL ACCIDENT & LIABILITY INSURANCE COMPANY, LTD., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, without costs; and the original decision, remittitur and order amended so as to provide that the reversal was with costs in favor of the appellants and against the State Industrial Board. [See ante, p. 856.] Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of Mrs. LILLIAN RUSHFORD GOLDSTEIN, Respondent, and AGGREGATE TRUST FUND, Respondent, against LACKAWANNA STEEL CONSTRUCTION CORP., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.